UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY CHURCH,<br><br>                    Plaintiff,<br><br>    vs.<br><br>STACE NELSON, SENATOR OF THE 19TH DISTRICT OF THE SOUTH DAKOTA SENATE, INDIVIDUAL AND OFFICIAL CAPACITY;<br><br>                    Defendant. | 4:19-CV-04193-KES<br><br>ORDER GRANTING MOTION FOR ORDER PERMITTING ALTERNATIVE SERVICE BY PUBLICATION |

Plaintiff, Jeffrey Church, moves the court for an order authorizing service by publication upon defendant. Docket 7. No objections to the motion have been filed. Good cause appearing, it is

ORDERED that plaintiff's motion (Docket 7) is granted.

Dated January 22, 2020.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE