UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY CHURCH,<br><br>    Plaintiff,<br><br> vs.<br><br>STACE NELSON, Senator of the 19th District of the South Dakota Senate, individual and official capacity,<br><br>    Defendant. | 4:19-CV-04193-KES<br><br><br>ORDER ADOPTING STIPULATION |

Plaintiff, Jeffrey Church, and defendant, Stace Nelson, entered into a joint stipulation. Docket 34. Under the terms of the stipulation, the parties agree and acknowledge that the terms of the stipulation are a compromise, and neither the fact that the joint stipulation was reached nor the specific terms of the stipulation shall be construed as a finding or conclusion on the merits of any party's claim or defense(s) thereto or as a basis to assert that either party has prevailed on the merits. Docket 34 ¶ 10. The court adopts the joint stipulation of the parties (Docket 34). Thus, it is

ORDERED:

1. The Stace Nelson Facebook Page shall

(www.facebook.com/SenatorStaceNelson) remain unpublished and

inaccessible to public view for the duration of the above entitled litigation or until otherwise ordered by the Court.

2. The contents of the Stace Nelson Facebook Page and administrative settings shall not be altered, edited, or changed in any way, unless as may be necessary for password-related changes which may be completed upon consultation with opposing counsel.

3. The motion for preliminary injunction (Docket 3) is denied as moot.

Dated August 31, 2020.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE