UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY CHURCH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STACE NELSON, Senator of the 19th District of the South Dakota Senate, individual and official capacity,<br><br>　　　　Defendant. | 4:19-CV-04193-KES<br><br><br>ORDER DISMISSING CASE |

The parties in the above-entitled case jointly move the court to dismiss this action with prejudice, with each party to bear its own costs. Thus, it is

ORDERED that the plaintiff's complaint is dismissed with prejudice and each party shall bear its own costs.

Dated January 27, 2021.

　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　*/s/ Karen E. Schreier*
　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE